```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :        21cr50(DLC)
                                         :
              -v-                        :        ORDER
                                         :
FRANKIE ROBLES,                          :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A change of plea is scheduled to occur on **May 5, 2021** at **2:00 PM**. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **5:00 PM** on **April 22, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         April 9, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge