```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :      21cr50(DLC)
                                         :
            -v-                          :      ORDER
                                         :
FRANKIE ROBLES,                          :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    A sentencing is scheduled to occur on **September 10, 2021** at **3:00 PM**. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

    ORDERED that defense counsel shall respond to the following question by **12:00 PM** on **August 26, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

    If the defendant consents to have the proceeding occur as a videoconference, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:    New York, New York
            August 11, 2021

                                              _____
                                                  DENISE COTE
                                    United States District Judge