```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 -----------------------------------------X
                                          :
 UNITED STATES OF AMERICA,                :
                                          :
              -v-                         :        21cr50 (DLC)
                                          :
 FRANKIE ROBLES,                          :           ORDER
                                          :
                         Defendant.       :
                                          :
 -----------------------------------------X
```

DENISE COTE, District Judge:

The defendant is scheduled to be sentenced on September 22, 2021 at 3 pm.  Pursuant to the Court's Order of August 13, the defendant has informed the Court that he wishes to be sentenced in person.  Accordingly, it is hereby

ORDERED that sentencing shall occur in person in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that, in light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public Media v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must to wear a mask that covers their nose and mouth in the

courthouses.  Bandannas, gaiters and masks with valves are prohibited.

IT IS FURTHER ORDERED that by **September 10,** defense counsel must advise the Court of how many spectators will attend the proceeding.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables. Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court proceeding may listen to it through a telephone link by calling **888-363-4749** and using access code **4324948.**

Dated:    New York, New York
          August 24, 2021

_____
DENISE COTE
United States District Judge

2